UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL MAUCHA,

                Plaintiff,

-against-

THE BANK OF NEW YORK MELLON, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/22/2022

22-CV-0968 (AJN)

ORDER OF SERVICE

ALISON J. NATHAN, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action. The Clerk of Court issued summonses as to Defendants Bank of New York Mellon ("NYM") and Loan Asset-Backed Notes, Series 2007-E

    The Clerk of Court is now directed to issue a summons as to Defendant Bank of America. Plaintiff is directed to serve the summons and complaint on this Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendant Bank of America or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    The Court, at this stage, declines to direct the Clerk of Court to issue summonses as to the remaining defendants. If the Court determines at a later stage that it has subject matter jurisdiction of any claims, and that this District is a proper venue to hear such claims, the Court will consider directing the Clerk of Court to issue summonses as to the remaining Defendants.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated: February 22, 2022
          New York, New York

_____
ALISON J. NATHAN
United States District Judge